# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 24, 2010

139586

In the Matter of RASHID ABDULLAH, Minor.
_____/

PEOPLE OF THE STATE OF MICHIGAN,
      Petitioner-Appellant,

v

RASHID ABDULLAH,
      Respondent-Appellee.

_____/

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

SC: 139586
COA: 284905
Wayne CC Juvenile Division:
      07-465255-DL

On March 10, 2010, the Court heard oral argument on the application for leave to appeal the July 21, 2009 judgment of the Court of Appeals. On order of the Court, the application is again considered. MCR 7.302(H)(1). In lieu of granting leave to appeal, we REMAND this case to the Wayne Circuit Court, Juvenile Division, for the trial judge to specifically state the statutory provision pursuant to which the juvenile respondent was adjudicated delinquent. We ORDER the trial court to file with the Clerk of the Supreme Court its written answer to the foregoing question within 21 days of the date of this order.

We retain jurisdiction.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 24, 2010                                                                                             
Clerk

0317